IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LEE HOLLINGSWORTH, *et al.*                                                                  PLAINTIFFS

V.                                                                     CIVIL ACTION NO. 2:15-CV-113-KS-MTP

HERCULES, INC.                                                                                DEFENDANT

### ORDER

On January 3, 2017, Defendant filed a Motion to Bifurcate [115] the trial of this matter. Plaintiffs shall respond on or before **January 17, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4). Defendant may reply on or before **January 24, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Each original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and each response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If anyone wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ____4th____ day of January, 2017.

  _s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE