IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LEE HOLLINGSWORTH, *et al.***                                       **PLAINTIFFS**

**V.**                          **CIVIL ACTION NO. 2:15-CV-113-KS-MTP**

**HERCULES, INC.**                                        **DEFENDANT**

**ORDER**

On January 5, 2017, Defendant filed a Motion in Limine [118] and Plaintiff filed a Motion in Limine [120]. Responses to the motions are due on or before **January 19, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4). Replies may be filed within seven days of the filing of the response, but no later than **January 26, 2017.** FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Each original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and each response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If anyone wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __9th__ day of January, 2017.

                                              ___s/Keith Starrett_____
                                              UNITED STATES DISTRICT JUDGE